## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JAMES GALLIGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **No. 13-2094-KHV** |
| **AIH RECEIVABLE MANAGEMENT** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## JUDGMENT IN A CIVIL CASE

**(  )    JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )    DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that, pursuant to Plaintiff's Notice Of Acceptance Of Defendant's Offer Of Judgment Pursuant to Fed. R. Civ. P. 68 (Doc. #6) filed April 2, 2013, and Satisfaction Of Judgment (Doc. #7) filed September 13, 2013, this case is dismissed with prejudice.  Defendant's offer of judgment includes payment of plaintiff's costs. Satisfaction of the judgment therefore includes satisfaction of plaintiff's costs.

**Dated:  September 13, 2013**                                  **TIMOTHY M. O'BRIEN, CLERK**


                                       **s/ Carol Kuhl**
                                       **Carol Kuhl, Deputy Clerk**